*Thursday, July 30, 1992*

## MERIT DOCKET

**92–1466.** State ex rel. Russell v. Shaker Hts. Mun. Court. In Prohibition. This cause originated in this court on the filing of a complaint for a writ of prohibition and was considered in a manner prescribed by law. Upon consideration thereof,

IT IS ORDERED by the court that said writ of prohibition be, and the same is hereby, denied, effective July 29, 1992.

MOYER, C.J., SWEENEY, HOLMES, WRIGHT, H. BROWN and RESNICK, JJ., concur.

DOUGLAS, J., would dismiss.

## MOTION DOCKET

**91–199.** State v. Wyant. *Delaware County*, No. 90–CA–2. On motion for leave to file supplemental authorities. Motion denied.

**91–641.** Hybud Equip. Corp. v. Sphere Drake Ins. Co. *Summit County*, No. 14597. On second motion for leave to file additional authorities. Motion denied.

**91–724.** State v. Brown. *Trumbull County*, No. 90–T–4362. On motion for stay and bail. Motion denied.

**91–1589.** State v. Van Gundy. *Franklin County*, Nos. 90AP–473, 90AP–475, 90AP–477 and 91AP–474. On motion for leave to file supplemental authorities. Motion denied.

**91–1785.** State ex rel. Toledo Blade Co. v. Univ. of Toledo Found. In Mandamus. *Sua sponte*, on request for oral argument. Request granted.

MOYER, C.J., DOUGLAS and RESNICK, JJ., dissent.

**92–995.** State ex rel. Gampfer v. Wilkinson. *Franklin County*, No. 91AP–809. On motion to reconsider granting of stay. Motion denied.

## DISCIPLINARY DOCKET

**91–417.** Findlay/Hancock Cty. Bar Assn. v. Leatherman. Michael J. Leatherman, Registration No. 0020869, is indefinitely suspended from the practice of law until he purges himself of contempt.

**92–905.** Cuyahoga Cty. Bar Assn. v. Berger. On motion for leave to file additional objections instanter. Motion denied.

**92–906.** Cuyahoga Cty. Bar Assn. v. Fertel. On motion for leave to file additional objections instanter. Motion denied.

**92–1329.** In re Manogg. Pursuant to the provisions of Gov. Bar R. V(9)(a)(iii), Philip M. Manogg, Registration No. 0025402, is indefinitely suspended from the practice of law.